65 P.3d 182

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Foo v. Foo | 24158 | 01/10/2003 | Affirmed in part, reversed in part, vacated and remanded |
| Matrix Financial Services, Inc. v. Campbell | 24412 | 01/15/2003 | Affirmed |
| Reiche v. Ferrera | 24449 | 01/16/2003 | Affirmed |
| State v. Gautier | 24060 | 01/21/2003 | Vacated and remanded for new trial |
| O'Connor v. Wong | 24512 | 01/28/2003 | Affirmed |
| Mizukami v. Mizukami | 24327, 24442 | 01/29/2003 | Affirmed |
| Gonzalez v. Cambra | 23680 | 01/30/2003 | Affirmed |
| Bobbitt v. Chow | 24768 | 01/30/2003 | Affirmed |